Case 1:07-cv-06840     Document 1-3     Filed 12/04/2007     Page 1 of 3

**DAJ    JUDGE GUZMAN**
**MAGISTRATE JUDGE KEYS**





## PROMISSORY NOTE

$600,000.00

Wabash, Indiana
October 1, 2002

FOR VALUE RECEIVED, the undersigned, DIEHL WOODWORKING MACHINERY, INC., an Indiana corporation ("Diehl"), hereby unconditionally promises to pay to the order of WISCONSIN AUTOMATED MACHINERY CORP., a Wisconsin corporation ("WAM") the principal amount of Six Hundred Thousand Dollars ($600,000.00), with interest on the balance of principal remaining from time to time unpaid at the rate of 6.198% (herein called the "Interest Rate"), such principal sum and interest to be payable in seventy-two (72) equal monthly installments of Ten Thousand Dollars ($10,000.00) each, commencing o January 1, 2003, and on the 1st day of each successive month thereafter through ar including December 1, 2008. Payment of principal hereof and interest hereon shall b made in lawful money of the United States at 5301 West Dempster, Suite 308, Skoki Illinois 60077, Attention: Paul Ehrlich, or at such other place as the holder of th Promissory Note may appoint in writing from time to time. All past due principal shall be interest at the rate equal to the Interest Rate from time to time in effect, plus three perce (3%) per annum, payable on demand.

This Promissory Note is issued pursuant to a certain Asset Purchase Agreeme dated September 13, 2002 (herein called the "Purchase Agreement"), between Diehl a WAM, and the payment of this Promissory Note is secured by a Security Agreement even date herewith, between Diehl and WAM, covering all of the assets and propertie Diehl (herein called the "Security Agreement"), and it is expressly agreed that all of

**EXHIBIT 2**

000:

covenants and agreements contained in the Security Agreement and in the Purchase Agreement are hereby incorporated in and made a part of this Promissory Note.

In the event that:

(a) the undersigned shall fail to pay any installment of principal of, or interest on, this Promissory Note when due and such failure shall continue for at least five (5) days; or

(b) there shall have occurred any default under the Security Agreement or event by which, under the terms of the Security Agreement, the principal amount hereof may become due and payable; or

(c) the undersigned shall die, become insolvent, or admit in writing its inability to pay its debts as they mature or be adjudicated a bankrupt, or apply for, consent to or acquiesce in the appointment of a trustee or receiver for it or any of its property or make a general assignment for the benefit of creditors; or in the absence of such application, consent or acquiescence, a trustee or receiver shall be appointed for it or for a substantial part of its property and shall not be discharged within thirty (30) days; or any bankruptcy, reorganization, debt arrangement or other proceeding under any bankruptcy or insolvency law or any dissolution or liquidation proceeding shall be instituted by or against it, and if instituted against it, is consented to or acquiesced in by it or remains for thirty (30) days undismissed;

then, in any such event and so long as such event is continuing, the then holder hereof may, without notice of any kind, declare all unpaid principal of and interest on this Promissory Note to be due and payable, whereupon all unpaid principal of and accrued interest on this Promissory Note shall forthwith be and become due and payable.

000146

If this Promissory Note is not paid when due, whether at maturity or by acceleration or if it is collected through a bankruptcy or other court, whether before or after maturity, the holder hereof shall be entitled to recover all costs of collection, including without limitation reasonable attorneys' fees, in addition to and not in lieu of any other right or remedy at law.

This Promissory Note may be prepaid by the undersigned at any time and from time to time, in whole or in part, without penalty or premium; provided, however, that any partial prepayment shall be in the aggregate amount of at least Twenty Thousand Dollars ($20,000.00), shall be applied first to interest, then to unpaid installments of principal, and principal payments shall be applied in inverse order of maturity.

The undersigned hereby waives demand, protest, notice of default, and all other notices of any kind or nature, except as otherwise set forth in this Promissory Note.

This Promissory Note shall be governed by the laws of the State of Illinois.

**IN WITNESS WHEREOF**, this Promissory Note has been executed as of the date first above written.

DIEHL WOODWORKING
MACHINERY, INC.

By _____
Robert Rozman, President

COPY

C:\MSOFFICE\WINWORD\WisconsinAutomated\ProductLinetoDiehl\PromissoryNote.doc\KSP/mer

3

000144