STATE OF INDIANA         )           IN THE WABASH CIRCUIT COURT
                         ) SS:
COUNTY OF WABASH         )           CAUSE NO: 85C01-0608-PL-380

DIEHL WOODWORKING        )
MACHINERY, INC.          )
                         )
        Plaintiff,       )
                         )
   -vs-                  )
                         )
WISCONSIN AUTOMATED      )
MACHINERY CORP., JAY     )
EHRLICH and DIMITRIS     )
LOUKIDIS                 )
                         )
        Defendants.      )
                         )
   and                   )
                         )
ROBERT ROZMAN            )
                         )
        Third-Party Defendant)

## SUPPLEMENTAL COMPLAINT FOR INTERPLEADER

Comes now the plaintiff, Diehl Woodworking Machinery, Inc. (hereinafter "Diehl") by counsel, pursuant to Trial Rule 15(B) and Trial Rule 22 of the Indiana Rules of Procedure, and for its cause of action against defendants, Wisconsin Automated Machinery Corp. (hereinafter "WAMCO"), Jay Ehrlich and third-party defendant, Robert Rozman, alleges and says as follows:

1.  Pursuant to the terms of the Asset Purchase Agreement which is attached as Exhibit A to the WAMCO's Counterclaim, Diehl must pay to WAMCO the sum of $10,000.00 per month.



EXHIBIT 7

2. As is reflected by the pleadings in this matter between defendant Ehrlich and third-party defendant, Robert Rozman, a dispute exists in this matter concerning the proper recipient between the shareholders of WAMCO of any funds paid to WAMCO.

3. Diehl is willing to pay the funds it owes to WAMCO into Court to be held subject to further order of the Court regarding the proper recipient of those funds.

WHEREFORE, plaintiff, Diehl Woodworking Machinery, Inc., requests the Court to enter judgment as follows:

1. To direct plaintiff to deposit all funds due and owing to defendant, WAMCO, with the Clerk of the Court and to discharge Diehl from any and all liability to the defendants and third-party defendant;

2. To require that the defendants, WAMCO and Jay Ehrlich, and third-party defendant, Robert Rozman, to interplead and litigate among themselves their claims to the deposited funds; and

3. For the costs of this action and all other appropriate relief.

CARSON BOXBERGER LLP

By _____
Larry L. Barnard (11904-49)
Bruce O. Boxberger (3535-02)
Attorneys for Plaintiff
Diehl Woodworking Machinery

1400 One Summit Square
Fort Wayne, Indiana 46802
Telephone: (260) 423-9411
F:\Diehl Woodworking Machinery 19,554\Supplemental Complaint.doc

## CERTIFICATE OF SERVICE

This will certify that on this ___ day of May, 2007, a true and complete copy of the above and foregoing document was mailed to Gregory A. Kotsonis, Esq., 411 East Wisconsin Avenue, #700, Milwaukee, Wisconsin, 53202 and Steven Hearn, Esq., 212 N. Buffalo St., P.O. Box 770, Warsaw, Indiana 46581-0770.

_____
(Larry L. Barnard)

3