**Andrew Schwartz**

---

From: Thomas Morsch [tmorsch@law.northwestern.edu]
Sent: Tuesday, May 15, 2007 3:41 PM
To: Andrew Schwartz; Wilma Rooney; barnard@carsonboxberger.com
Cc: boxberger@carsonboxberger.com; Addisonst@aol.com
Subject: RE: 51 180 1918 06 Wisconsin Automated Machinery and Diehl Woodworking Machinery

That is correct.

At 03:33 PM 5/15/2007, Andrew Schwartz wrote:

> Wilma:
>
> My understanding of Arbitrator Morsch's order today was that, on or before 5/25/07, Diehl would (1) serve me with a copy of Diehl's answers to the interrogatories served by Jay Ehrlich in the Wabash County litigation, and (2) provide me with a copy of all documents responsive to the document request served by Jay Ehrlich in the Wabash County litigation.
>
> Andrew R. Schwartz
> Litigation Group
> SUGAR, FRIEDBERG & FELSENTHAL LLP
> 30 N. LaSalle St., Suite #3000
> Chicago, IL 60602
> Tel.: (312) 704-2182
> FAX.: (312) 372-7951
> E-mail: aschwartz@sff-law.com
>
> This e-mail and any attachments are confidential, and may be protected by the attorney-client and other privileges. It is intended solely for the use of the addressee, and is the property of Sugar, Friedberg & Felsenthal LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachments is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and deleting all copies, including attachments, from your system. To the extent the above content contains an opinion on one or more Federal tax issues, such opinion was not written to be used, and cannot be used, for the purpose of avoiding penalties. If you would like a written opinion on the one or more Federal tax issues addressed above upon which you can rely for the purpose of avoiding penalties, please contact us.

---

**From:** Wilma Rooney [ mailto:Rooneyw@adr.org]
**Sent:** Tuesday, May 15, 2007 1:00 PM
**To:** Andrew Schwartz; barnard@carsonboxberger.com
**Cc:** boxberger@carsonboxberger.com; tmorsch@law.northwestern.edu
**Subject:** 51 180 1918 06 Wisconsin Automated Machinery and Diehl Woodworking Machinery

Gentlemen,

We are transmitting our letter dated May 14, 2007.

Regards

Wilma Rooney
Case Manager
American Arbitration Association
13455 Noel Rd., Tower Two
Suite 1750
Dallas, TX 75240
Phone: 972-774-6981
Fax: 972-490-9008


EXHIBIT 10

12/4/2007

Thomas Morsch  
Professor of Clinical Law and  
Hochberg Family Director  
Small Business Opportunity Center  
Northwestern University School of Law  
357 East Chicago Avenue  
Chicago, Illinois 60611  
(312) 503-0321

12/4/2007