07 C 6840

Page 1 of 1

JUDGE GUZMAN
MAGISTRATE JUDGE KEYS

**Andrew Schwartz**

---

**From:** Wilma Rooney [Rooneyw@adr.org]

**Sent:** Thursday, June 14, 2007 11:08 AM

**To:** Andrew Schwartz; barnard@carsonboxberger.com

**Cc:** boxberger@carsonboxberger.com; Thomas Morsch

**Subject:** 51 180 1918 06 Wisconsin Automated Machinery v. Diehl Woodworking

**Attachments:** 51_180__1918_6_CC14A_6931753.doc

Gentlemen,

We are transmitting our letter dated June 14, 2007.

Regards,

Wilma Rooney
Case Manager
American Arbitration Association
13455 Noel Rd., Tower Two
Suite 1750
Dallas, TX 75240
Phone: 972-774-6981
Fax: 972-490-9008





*Central Case Management Center*
Molly Bargenquest
Vice President
Tracey Patten
Assistant Vice President

13455 Noel Road - Suite 1750, Dallas, TX 75240
telephone: 972-702-8222 facsimile: 972-490-9008
internet: http://www.adr.org/

June 14, 2007

**VIA EMAIL ONLY**

Andrew R. Schwartz, Esq.
Sugar, Friedberg & Felsenthal
30 North LaSalle Street, Suite 3000
Chicago, IL 60602

Larry Barnard, Esq.
Carson Boxberger LLP
1400 One Summit Square
Ft. Wayne, IN 46802

Re: 51 180 01918 06
Wisconsin Automated Machinery Corp.
and
Diehl Woodworking Machinery
- Chicago, Illinois
Claim: 225,000.00

Gentlemen:

This will acknowledge receipt of Claimant's Motion for Discovery Sanctions dated May 31, 2007, from Mr. Schwartz, a copy of which we note ahs been exchanged with the other party.

This will also acknowledge receipt of a letter with enclosure dated June 12, 2007, from Mr. Barnard, a copy of which we note has been exchanged with the other party.

This will confirm the aforementioned was submitted directly to the Arbitrator.

The Arbitrator has ordered the following:

Claimant's Motion for Discovery Sanctions is denied.

Further requests by either party for the production of documents and other information will be handled pursuant to Commercial Arbitration Rule 21.

Please feel free to contact me with any questions or concerns.

Sincerely,

*Wilma Rooney*

Wilma Rooney
Case Manager
866 440 1796
RooneyW@adr.org

*Supervisor Information: Jennifer L. Bell, 972 702 8222, BellJ@adr.org*

cc: Thomas H. Morsch, Esq., **VIA EMAIL ONLY**
Bruce O. Boxberger, Esq., **VIA EMAIL ONLY**