**07 C 6840**

**Andrew Schwartz**

| | |
|---|---|
| From: | Wilma Rooney [Rooneyw@adr.org] |
| Sent: | Wednesday, July 25, 2007 3:30 PM |
| To: | Andrew Schwartz; barnard@carsonboxberger.com |
| Cc: | boxberger@carsonboxberger.com; Thomas Morsch |
| Subject: | 51 180 1918 06 WAMCO v. Diehl |
| Attachments: | 51_180__1918_6_CC6B_7018739.doc; Re: 51 180 01918 06 WAMCO & Diehl |

**JUDGE GUZMAN**
**MAGISTRATE JUDGE KEYS**

Gentlemen,

We are transmitting our letter dated July 25, 2007.

Regards,

Wilma Rooney
Case Manager
American Arbitration Association
13455 Noel Rd., Tower Two
Suite 1750
Dallas, TX 75240
Phone: 972-774-6981
Fax: 972-490-9008

EXHIBIT 12

12/3/2007

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

Central Case Management Center
Molly Bargenquest
Vice President
Tracey Patten
Assistant Vice President

July 25, 2007

13455 Noel Road - Suite 1750, Dallas, TX 75240
telephone: 972-702-8222 facsimile: 972-490-9008
internet: http://www.adr.org/

**VIA EMAIL ONLY**

Andrew R. Schwartz, Esq.
Sugar, Friedberg & Felsenthal
30 North LaSalle Street, Suite 3000
Chicago, IL 60602

Larry L. Barnard, Esq.
Carson Boxberger LLP
1400 One Summit Square
Ft. Wayne, IN 46802

Re: 51 180 01918 06
    Wisconsin Automated Machinery Corp.
    and
    Diehl Woodworking Machinery
    - Chicago, Illinois
    Claim: $225,000.00

Gentlemen:

This will confirm a preliminary hearing in the above matter was held on July 24, 2007. Enclosed please find the scheduling order established during the preliminary hearing.

All deadlines shown herein will be strictly enforced. After such deadline, the parties may not file such motions except with the permission of the arbitrator, good cause having been shown.

This order shall continue in effect unless and until amended by subsequent order of the arbitrator.

If you have any questions, please do not hesitate to call.

Sincerely,

*Wilma Rooney*

Wilma Rooney
Case Manager
866 440 1796
RooneyW@adr.org

*Supervisor Information: Jennifer L. Bell, 972 702 8222, Bellj@adr.org*

Encl.

cc:   Thomas H. Morsch, Esq., **VIA EMAIL ONLY**
      Bruce O. Boxberger, Esq.,w/encl., **VIA EMAIL ONLY**

**Andrew Schwartz**

---

**From:** Thomas Morsch [tmorsch@law.northwestern.edu]
**Sent:** Tuesday, July 24, 2007 3:36 PM
**To:** Wilma Rooney
**Subject:** Re: 51 180 01918 06 WAMCO & Diehl

Please issue an order indicating that a further pre-hearing conference was held today and that the following arrangements were made:

On August 8, 2007, the parties will exchange lists of documents or copies of documents to be introduced at the hearing, and a list of persons expected to testify.

Also confirm the hearing is to commence at the AAA office in Chicago at 9:30 am on August 13, 2007.

I will be sending you a statement for additional services through July 31, 2007 in the amount of $1,950 (6.5 hours @ $300 per hour).


Thomas Morsch
Professor of Clinical Law and
Hochberg Family Director
Small Business Opportunity Center
Northwestern University School of Law
357 East Chicago Avenue
Chicago, Illinois 60611
(312) 503-0321

12/3/2007