Andrew Schwartz

___

**From:** Andrew Schwartz
**Sent:** Thursday, August 09, 2007 11:32 AM
**To:** 'Jenna Ribel'; Rooneyw@adr.org
**Subject:** RE: Wisconsin Automated Machinery and Diehl Woodworking Machinery, Inc.

**JUDGE GUZMAN
MAGISTRATE JUDGE KEYS**

Arbitrator Morsch's July 24th order reads as follows, in relevant part:

> On August 8, 2007, the parties will exchange lists of documents or copies of documents to be introduced at the hearing, and a list of persons expected to testify.

As reflected in the attached e-mail from Carson Boxberger, Diehl did not comply; its witness and exhibit lists were not furnished by the August 8th deadline.

WAMCO hereby objects to Diehl's tardy production.

Andrew R. Schwartz
Litigation Group
SUGAR, FRIEDBERG & FELSENTHAL LLP
30 N. LaSalle St., Suite #3000
Chicago, IL 60602
Tel.: (312) 704-2182
FAX.: (312) 372-7951
E-mail: aschwartz@sff-law.com

This e-mail and any attachments are confidential, and may be protected by the attorney-client and other privileges. It is intended solely for the use of the addressee, and is the property of Sugar, Friedberg & Felsenthal LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachments is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and deleting all copies, including attachments, from your system. To the extent the above content contains an opinion on one or more Federal tax issues, such opinion was not written to be used, and cannot be used, for the purpose of avoiding penalties. If you would like a written opinion on the one or more Federal tax issues addressed above upon which you can rely for the purpose of avoiding penalties, please contact us.

___

**From:** Jenna Ribel [mailto:jenna@carsonboxberger.com]
**Sent:** Thursday, August 09, 2007 9:01 AM
**To:** Rooneyw@adr.org
**Cc:** Andrew Schwartz
**Subject:** Wisconsin Automated Machinery and Diehl Woodworking Machinery, Inc.

Larry L. Barnard
barnard@carsonboxberger.com

August 9, 2007

*VIA E-MAIL AND REGULAR MAIL*

Wilma Rooney, Case Manager



EXHIBIT 13

12/3/2007

American Arbitration Association
13455 Noel Road, Tower Two
Suite 1750
Dallas, Texas 75240

       Re:   Claim No: 51 180 01918 06
              Parties: Wisconsin Automated Machinery
              and Diehl Woodworking Machinery, Inc.

Dear Ms. Rooney:

    Enclosed please find the original and one (1) copy of *Respondent's Witness and Exhibit List* relating to the above-referenced matter.

    If you have any questions concerning this matter, please do not hesitate to contact me at your convenience. Thank you.

                Very truly yours,

                CARSON BOXBERGER LLP


                Larry L. Barnard

LLB:jr
cc:   Andrew Schwartz, Esq. (via email and regular mail)

Enclosures

Jenna Ribel
1400 One Summit Square
Fort Wayne, Indiana 46802
Telephone: (260) 423-9411
jenna@carsonboxberger.com

12/3/2007