**Andrew Schwartz**
___

| | | | |
|---|---|---|---|
| **From:** | Wilma Rooney [Rooneyw@adr.org] | **Sent:** | Thu 8/9/2007 2:50 PM |
| **To:** | Andrew Schwartz; barnard@carsonboxberger.com | | |
| **Cc:** | boxberger@carsonboxberger.com; Thomas Morsch | | |
| **Subject:** | 51 180 1918 06 WAMCO and Diehl | | |
| **Attachments:** | | | |

Gentlemen,

Mr. Morsch has reviewed your emails in regards to allowing Respondent's Witness and Exhibit List. Mr. Morsch ruled that Respondent's Witness and Exhibit List are accepted.

Wilma Rooney
Case Manager
American Arbitration Association
13455 Noel Rd., Tower Two
Suite 1750
Dallas, TX 75240
Phone: 972-774-6981
Fax: 972-490-9008

**07 C 6840**

**JUDGE GUZMAN
MAGISTRATE JUDGE KEYS**



EXHIBIT 14