**07 C 6840**

BEFORE THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WISCONSIN AUTOMATED MACHINERY CORP., )
)
    *Movant*, )
)
v. ) Case No.
)
DIEHL WOODWORKING MACHINERY, INC., )
) **JUDGE GUZMAN**
    *Respondent*. ) **MAGISTRATE JUDGE KEYS**

## AFFIDAVIT OF ANDREW R. SCHWARTZ

Andrew R. Schwartz, declares and states as follows on his oath:

1. I have personal knowledge of the facts alleged herein, and I could and would so testify under oath if called as a witness.

2. I am an attorney at law. I have been licensed to practice before the Courts of the State of Illinois continuously from November 10, 1988 to the present. I am also licensed to practice before the U.S. District Courts for the Northern District of Illinois, District of Colorado, and Western District of Wisconsin, as well as the U.S. Court of Appeals for the Seventh Circuit. I also have several *pro hac vice* admissions, including an admission to practice before the U.S. District Court for the Northern District of Indiana in a related lawsuit now pending there involving the parties to this case.

3. I am affiliated with Sugar, Friedberg & Felsenthal LLP ("SF&F"), where I concentrate my practice in commercial and civil litigation. I have access to, and am a "custodian" of SF&F's billing records.

4. SF&F represented Wisconsin Automated Machinery Corp. ("WAMCO") in an arbitration before the American Arbitration Association entitled In the Matter of Wisconsin Automated Machinery Corp. and Diehl Woodworking Machinery, Inc. (the "AAA Arbitration"),



EXHIBIT 18

No. 51 180 01918 06. I was the SF&F attorney who provided virtually all of the legal services to WAMCO in connection with the AAA Arbitration. I have also appeared *pro hac vice* in a related lawsuit now pending before the U.S. District Court for the Northern District of Indiana entitled Diehl Woodworking Machinery, Inc. v. Wisconsin Automated Machinery Corp., et. al, Case No. 3:07-CV-0263-JVB (the "Wabash litigation").

5. The attached motion to vacate arbitral award attaches as exhibits various pleadings, communications, and other papers submitted in connection with the AAA Arbitration. The copies of those exhibits are true and correct copies of what they purport to be. The pleadings submitted by WAMCO and Jay Ehrlich were written by me. The pleadings submitted by Diehl were received by me.

6. The AAA Arbitration was held at the American Arbitration Association's office in Chicago, which is within the Northern District, and the Award was rendered here.

7. To the best of my knowledge, Diehl deposited $10,000 with the Clerk of the U.S. District Court for the Northern District of Indiana on July 5th, August 3rd and September 4th, but did not deposit make a corresponding deposit for October 2007. My information is based upon a review of the PACER docket for the Wabash litigation, which shows the July 5th, August 3rd and September 4th, but does not show a deposit during October 2007. A true and correct copy of the printout from that PACER docket is attached hereto and incorporated herein as **Appendix 1**.

8. WAMCO filed the AAA Arbitration in December 2006. In February 2007 WAMCO amended its claim to include a claim on the Note.

9. At the request of the arbitrator in the AAA Arbitration, WAMCO supplemented its claim. The WAMCO later filed a Second Supplement to Claim (**Exhibit 8** to the attached motion).

10. The AAA's <u>Commercial Arbitration Rules</u> (**Exhibit 9** to the attached motion) were printed by me from the AAA's website.

11. Prior to May 15, 2007, Jay Ehrlich had previously issued interrogatories and document requests to Diehl in the Wabash litigation, which had requested information that was also pertinent to the AAA Arbitration. To avoid unnecessary duplication of work, I had proposed that WAMCO accept Diehl's discovery responses in lieu of exchanging discovery documents pursuant to the AAA's <u>Commercial Arbitration Rules</u>. Diehl had agreed to do so by early May, 2007, but had not complied by May 15th.

12. On May 15, 2007 the arbitrator (Thomas Morsch) held a telephonic status conference call in the AAA Arbitration. To my knowledge, the participants in that teleconference were Mr. Morsch, myself (as counsel for WAMCO), Larry Barnard (as counsel for Diehl), and Wilma Rooney (AAA case manager). During that conference call, Mr. Morsch asked the attorneys what was happening with the exchange information.

13. Mr. Barnard asked for an extension to May 25th for Diehl to (1) serve me with a copy of Diehl's answers to the interrogatories served by Jay Ehrlich in the Wabash County litigation, and (2) provide me with a copy of all documents responsive to the document request served by Jay Ehrlich in the Wabash County litigation. I agreed. Mr. Morsch told us that he would order compliance, based upon the parties' agreement to that discovery schedule.

14. I immediately sent an e-mail to Ms. Rooney confirming my understanding of that order. Mr. Morsch responded by e-mail moments later with the statement "That is correct" (*See* **Exhibit 10** to attached motion).

15. Notwithstanding its agreement to answer all interrogatories and to produce all requested documents, Diehl did not answer the interrogatories or produce the documents timely.

Instead, its interrogatory answers included numerous objections; Diehl also withheld hundreds of pages of responsive documents.

16. WAMCO filed a motion seeking sanctions against Diehl for its non-compliance (**Exhibit 11**). Notwithstanding the parties' agreement regarding the timely exchange of discovery – which he had acknowledged and approved in writing – Mr. Morsch vitiated that discovery agreement by refusing to sanction Diehl.

17. On July 10, 2007 Mr. Morsch held another pre-hearing teleconference. To my knowledge, the participants in that teleconference were Mr. Morsch, myself, Mr. Barnard, and Ms. Rooney. The purposes of that conference call were to address WAMCO's revised discovery request for information relating to certain claims and defenses. At that conference, Mr. Barnard expressed concern about the dissemination of business information about Diehl. I agreed that we would not disseminate the Diehl business information to any third party (other than to Mr. Morsch).

18. On July 24, 2007 Mr. Morsch held another pre-hearing teleconference. To my knowledge, the participants in that teleconference were Mr. Morsch, myself, Mr. Barnard, and Ms. Rooney. The purposes of that conference call were to address (a) the format of the hearing, (b) further scheduling issues, and any other questions that the parties might have about the arbitration.

19. During that conversation, I asked Mr. Morsch if he wanted the attorneys to send him MS-Word copies of our post-closing briefs. He asked me why, and I responded that the Asset Purchase Agreement ("APA") requires the arbitrator to issue an award containing a written opinion.

20. Mr. Morsch immediately threatened to resign as arbitrator, and began shouting at me that he would not accept a position as arbitrator if he had to write an opinion. From the tone

of his voice, my impression was that Mr. Morsch had become quite agitated. I did not wish to upset him further, so I asked him if we could address other issues and revisit the nature of the award later in that conversation.

21. We then discussed the parties' submission of witness and exhibit lists. As we had previously scheduled the hearing to begin on August 13, 2007, Mr. Morsch told us to exchange our witness and exhibit lists by August 8, 2007.[1]

22. During that teleconference, I pulled out a copy of the APA and looked at its arbitration clause (¶14.13), which requires a written opinion. After finishing our other business, I read ¶14.13 aloud and explained that my earlier comment was based upon the language of that paragraph. Mr. Morsch, who had by then calmed down a bit, apologized for shouting at me. However, my impression was that he remained angry about having to write a written opinion.

23. The following day, I received a letter from Ms. Rooney attaching a copy of Mr. Morsch's July 24th e-mail setting the scheduling date (**Exhibit 12**).

24. Pursuant to Mr. Morsch's, scheduling order, WAMCO submitted its witness and exhibit lists timely. Diehl did not, which resulted in WAMCO receiving Diehl's witness and exhibit lists less than 5 days in advance of the hearing.

25. I immediately objected in writing to the late submission of Diehl's witness and exhibit lists (**Exhibit 13**). Mr. Morsch overruled that objection (**Exhibit 14**).

26. The AAA Arbitration was heard on August 13, 2007 in a conference room at the American Arbitration Association's office in Chicago. I appeared for WAMCO, and Larry Barnard appeared for counsel. Jay Ehrlich testified for WAMCO, and Robert Rozman testified for Diehl.

---

[1] That is consistent with AAA Commercial Rule 21(b).

123301-1                                              5

27.  The parties introduced numerous exhibits into evidence at the hearing, which were contained in various notebooks. At the conclusion of that hearing, and having heard our objections, Mr. Morsch accepted all exhibits into evidence, and told us that he would render an award that would "be in the interests of justice."

28.  At the conclusion of the hearing, Mr. Morsch set a date for the parties to submit fee affidavits, and then to submit post-closing briefs by September 19, 2007. Mr. Morsch then gave himself 30 days after the submission of post-closing briefs to render his final award.

FURTHER AFFIANT SAITH NAUGHT.

**DATED:** December 4, 2007

_____
Andrew R. Schwartz

CM/ECF USDC-INND Version 3.0.3 Live DB - Docket Report  Case 1:07-cv-06840  Document 1-19  Filed 12/04/2007  Page 7 of 16  Page 1 of 10

CASREF

## U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (South Bend)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00263-JVB-CAN

| | |
|---|---|
| Diehl Woodworking Machinery Inc v. Wisconsin Automated Machinery Corp et al<br>Assigned to: Judge Joseph S Van Bokkelen<br>Referred to: Magistrate Judge Christopher A Nuechterlein<br>Case in other court: Wabash Circuit Court, 85C01-0608-PL-380<br>Cause: 28:1332 Diversity-Petition for Removal | Date Filed: 06/05/2007<br>Jury Demand: None<br>Nature of Suit: 190 Contract: Other<br>Jurisdiction: Diversity |

**Mediator**

**John W Whiteleather, Jr**

**Plaintiff**

**Diehl Woodworking Machinery Inc**  represented by  **Bruce O Boxberger**
Miller Carson Boxberger & Murphy LLP - FW/IN
1400 One Summit Square
Fort Wayne, IN 46802
260-423-9411
Fax: 260-423-4329
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Larry L Barnard**
Carson Boxberger LLP - FW/IN
1400 One Summit Square
Fort Wayne, IN 46802
260-423-9411
Fax: 260-423-4329
Email: llb@carsonboxberger.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wisconsin Automated Machinery Corp**  represented by  **Andrew R Schwartz PHV**
Sugar Friedberg & Felsenthal LLP
30 N LaSalle Street Suite 3000
Chicago, IL 60602
312-704-9400
Fax: 312-372-7951
Email: aschwartz@sff-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew R Wildermuth**

**APPENDIX 1**

Sugar Friedberg & Felsenthal LLP
30 N LaSalle Street Suite 3000
Chicago, IL 60602
312-704-9400
Fax: 312-372-7951
Email: mwildermuth@sff-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R Steven Hearn**
Rothberg Logan & Warsco LLP - War/IN
212 N Buffalo Street
PO Box 770
Warsaw, IN 46580-0770
574-267-8802
Fax: 574-267-0605
Email: shearn@rlwlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jay Ehrlich**    represented by **Andrew R Schwartz** PHV
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew R Wildermuth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R Steven Hearn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dimitris Loukidis**    represented by **Stephen H Downs**
Tiede Metz & Downs PC
99 W Canal Street
PO Box 549
Wabash, IN 46992
260-563-7474
Fax: 260-563-7576
Email: sdowns@wabashlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Dimitris Loukidis**

**Counter Claimant**

**Wisconsin Automated Machinery Corp**    represented by **Andrew R Schwartz** PHV

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew R Wildermuth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R Steven Hearn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Diehl Woodworking Machinery Inc**    represented by    **Bruce O Boxberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Larry L Barnard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Jay Ehrlich**    represented by    **Andrew R Schwartz PHV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew R Wildermuth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R Steven Hearn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Dimitris Loukidis**    represented by    **Stephen H Downs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

| | | |
|---|---|---|
| Jay Ehrlich | represented by | **Andrew R Schwartz** PHV<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew R Wildermuth**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **R Steven Hearn**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**ThirdParty Defendant**

| | | |
|---|---|---|
| **Robert F Rozman** | represented by | **Bruce O Boxberger**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Larry L Barnard**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Robert F Rozman** | represented by | **Bruce O Boxberger**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Larry L Barnard**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Jay Ehrlich** | represented by | **Andrew R Schwartz** PHV<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew R Wildermuth**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

|                                 |                                                                                     |
| ------------------------------- | ----------------------------------------------------------------------------------- |
|                                 | R Steven Hearn<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Cross Claimant**              |                                                                                     |
| **Dimitris Loukidis**           | represented by **Stephen H Downs**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

| **Cross Defendant** |                                                                                     |
| ------------------- | ----------------------------------------------------------------------------------- |
| **Jay Ehrlich**     | represented by **Andrew R Schwartz** PHV<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|                     | **Matthew R Wildermuth**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|                     | **R Steven Hearn**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/02/2006 | 1 | COMPLAINT against Dimitris Loukidis, Wisconsin Automated Machinery Corp, Jay Ehrlich, filed by Diehl Woodworking Machinery Inc.(kds) (Entered: 06/08/2007) |
| 02/16/2007 | 2 | ANSWER to Complaint, COUNTERCLAIM against Diehl Woodworking Machinery Inc by Wisconsin Automated Machinery Corp. (Attachments: # 1 Exhibit A part 1# 2 Exhibit A part 2)(kds) (Entered: 06/08/2007) |
| 03/01/2007 | 3 | ANSWER to 2 Counterclaim by Diehl Woodworking Machinery Inc.(kds) (Entered: 06/08/2007) |
| 03/20/2007 | 4 | AMENDED COMPLAINT against Dimitris Loukidis, Wisconsin Automated Machinery Corp, Jay Ehrlich, filed by Diehl Woodworking Machinery Inc. (see CCS in state court record for date of order granting motion to amend of 3/20/07)(kds) (Entered: 06/08/2007) |
| 04/11/2007 | 5 | ANSWER to 4 Amended Complaint by Wisconsin Automated Machinery Corp.(kds) (Entered: 06/08/2007) |
| 04/11/2007 | 6 | ANSWER to 4 Amended Complaint by Jay Ehrlich.(kds) (Entered: 06/08/2007) |
| 04/11/2007 | 7 | CROSSCLAIM against Dimitris Loukidis, filed by Jay Ehrlich.(kds) (Entered: 06/08/2007) |
|  |  |  |

| | | |
|---|---|---|
| 04/11/2007 | 8 | THIRD PARTY COMPLAINT against Robert F Rozman, filed by Jay Ehrlich.(kds) (Entered: 06/08/2007) |
| 05/01/2007 | 9 | ANSWER to 8 Third Party Complaint, COUNTERCLAIM against Jay Ehrlich by Robert F Rozman.(kds) (Entered: 06/08/2007) |
| 05/01/2007 | 10 | ANSWER to 2 Counterclaim by Diehl Woodworking Machinery Inc.(kds) Modified on 6/8/2007 to correct date filed(kds). Additional attachment(s) added on 6/8/2007 (Schwenk, Karen). (Entered: 06/08/2007) |
| 05/11/2007 | 11 | MOTION to Stay Arbitration Proceedings by Plaintiff Diehl Woodworking Machinery Inc. (kds) (Entered: 06/08/2007) |
| 05/21/2007 | 14 | MOTION for Extension of Time to File Response To Cross Claim by Defendant Dimitris Loukidis. (kds) (Entered: 06/08/2007) |
| 05/29/2007 | 12 | Supplemental COMPLAINT For Interpleader against Robert F Rozman, Wisconsin Automated Machinery Corp, Jay Ehrlich, filed by Diehl Woodworking Machinery Inc. (kds) (Entered: 06/08/2007) |
| 06/05/2007 | 13 | NOTICE OF REMOVAL by Wisconsin Automated Machinery Corp, Jay Ehrlich from Wabash Circuit Court, case number 85C01-0608-PL-380. ( Filing fee $ 350), filed by Wisconsin Automated Machinery Corp, Jay Ehrlich. (Attachments: # 1 Exhibit 1 Complaint Wabash Circuit Court# 2 Summons# 3 Notice of Removal in 3:06cv517# 4 Answer and counterclaim of WAMCO# 5 Exhibit A part 1 to Answer and Counterclaim of WAMCO# 6 Exhibit A part 2 to Answer and Counterclaim of WAMCO# 7 Exhibit 5 E Mail dated 12/18/2006 re: Stock Matters# 8 Exhibit 6 Motion for leave to file amended complaint part 1# 9 Exhibit 6 part 2 Amended Complaint# 10 Exhibit 7 Answer and affirmative defenses of Jay Ehrlich to Plaintiffs Amended Complaint# 11 Exhibit 8 Cross-claim by Jay Ehrlich Against Dimitris Loukidis# 12 Exhibit 8 Cross Claim by Jay Ehrlich Against Dimitris Loukidis# 13 Exhibit 9 Atty Appr# 14 Exhibit 9 Motion Of Dimitris Loukidis For Extension of Time to Respond to Cross-claim# 15 Exhibit 10 Plaintiff Diehl Woodworking Machinery Incs Answer To Jay Ehrlich's First Set of Interrogs and Plaintiffs Responses to Jay Ehrlich's First Set of Document Requests# 16 Exhibit 11# 17 Exhibit 12 Supplemental Complaint For Interpleader)(kds) Additional attachment(s) added on 6/8/2007 (Schwenk, Karen). (Entered: 06/08/2007) |
| 06/05/2007 | 15 | STATE COURT RECORD RECEIVED. Number of Volumes: 1; State Court Case No. 85C01-0608-PL-380. This record is maintained on paper in the court's files and is not available in electronic format. (kds) Additional attachment(s) added on 8/6/2007 (Schwenk, Karen). (Entered: 06/08/2007) |
| 06/05/2007 | 16 | NOTICE of Appearance by R Steven Hearn on behalf of Wisconsin Automated Machinery Corp, Jay Ehrlich (kds) (Entered: 06/08/2007) |
| 06/12/2007 | 17 | ORDER granting 14 Motion for Extension of Time to File a cross claim. Cross Claim to be filed by 6/15/2007. Signed by Judge Christopher A Nuechterlein on 6/12/07. (kds) (Entered: 06/12/2007) |
| 06/15/2007 | 18 | First MOTION to Dismiss *Third-Party Counterclaim of Robert Rozman* by Counter Defendant Jay Ehrlich.Response to be filed by 6/6/2008 (Hearn, R) (Entered: 06/15/2007) |
| 06/15/2007 | 19 | NOTICE of Appearance by Stephen H Downs on behalf of Dimitris Loukidis (Downs, Stephen) (Entered: 06/15/2007) |
| 06/15/2007 | 20 | *Dimitris Loukidis'* ANSWER to 4 Amended Complaint *and Affirmative Defenses filed* |

| | | |
|---|---|---|
| | | by Dimitris Loukidis.(Downs, Stephen) (Entered: 06/15/2007) |
| 06/15/2007 | 21 | *Dimitris Loukidis'* ANSWER to 7 Crossclaim *filed by Jay Ehrlich*, First CROSSCLAIM *filed* against Jay Ehrlich by Dimitris Loukidis.(Downs, Stephen) (Entered: 06/15/2007) |
| 06/18/2007 | 22 | MOTION for Hearing *on Motion to Stay Arbitration* by Plaintiff Diehl Woodworking Machinery Inc. (Barnard, Larry) (Entered: 06/18/2007) |
| 06/18/2007 | 29 | ORDER Joint Proposed Discovery due by 7/23/2007. Rule 16 Preliminary Pretrial Conference set for 8/16/2007 11:00 AM in South Bend before Magistrate Judge Christopher A Nuechterlein. Signed by Judge Christopher A Nuechterlein on 6/18/07. (kds) (Entered: 07/02/2007) |
| 06/18/2007 | 30 | MAGISTRATE JUDGE CONSENT FORMS sent to all parties (Standard Track). (kds) (Entered: 07/02/2007) |
| 06/20/2007 | 23 | *WAMCO'S AFFIRMATIVE DEFENSES AND* ANSWER to Complaint *FOR INTERPLEADER* by Wisconsin Automated Machinery Corp.(Hearn, R) (Entered: 06/20/2007) |
| 06/26/2007 | 24 | *Affirmative Defenses and* ANSWER to 12 Complaint *(Supplemental) for Interpleader* by Jay Ehrlich.(Hearn, R) Modified on 6/27/2007 to add link to Supplemental Complaint for Interpleader (jld). (Entered: 06/26/2007) |
| 06/26/2007 | 25 | ANSWER to 21 Crossclaim *by Dimitris Loukidis* by Jay Ehrlich.(Hearn, R) (Entered: 06/26/2007) |
| 06/27/2007 | 26 | APPLICATION for Attorney Andrew R Schwartz to Appear Pro Hac Vice on behalf of Wisconsin Automated Machinery Corp & Jay Ehrlich ; Receipt #3336693. (kds) (Entered: 06/27/2007) |
| 06/27/2007 | 34 | NOTICE of Appearance by Andrew R Schwartz PHV on behalf of Wisconsin Automated Machinery Corp, Jay Ehrlich (kds) (Entered: 07/02/2007) |
| 06/27/2007 | 35 | NOTICE of Appearance by Matthew R Wildermuth PHV on behalf of Wisconsin Automated Machinery Corp, Jay Ehrlich (kds) (Entered: 07/02/2007) |
| 06/28/2007 | 27 | RESPONSE to Motion re 11 MOTION to Stay *Filed by Diehl* filed by Wisconsin Automated Machinery Corp. (Attachments: # 1 Exhibit Ex 1-part# 2 Exhibit Exhibits# 3 Exhibit Exhibits to Response to Motion to Stay3# 4 Exhibit Exhibits to Response to Motion to Stay# 5 Exhibit Exhibits to Response to Motion to Stay# 6 Exhibit Exhibits to Response to Motion to Stay# 7 Exhibit Exhibits to Response to Motion to Stay# 8 Exhibit Exhibits to Response to Motion to Stay# 9 Exhibit Exhibits to Response to Motion to Stay# 10 Exhibit Exhibits to Response to Motion to Stay# 11 Exhibit Exhibits to Response to Motion to Stay)(Hearn, R) (Entered: 06/28/2007) |
| 06/29/2007 | 28 | RESPONSE to Motion re 22 MOTION for Hearing *on Motion to Stay Arbitration Response to Plaintiff's Motion [SIC] Motion to Set Hearing on Motion to Stay Arbitration* filed by Wisconsin Automated Machinery Corp. (Attachments: # 1 Jay Erlich's First set of Interrogatories to be Answered Under Oath by Plaintiff Diehl Woodworking Machinery Inc; # 2 Jay Ehrlich's First Set of Document Requests to Plaintiff Diehl Woodworking Inc Part 1; # 3 First set of Document Requests Part 2 & Plaintiff Diehl Woodworking Inc's Answers to First Set of Interrogatories; # 4 Plaintiff Diehl Woodworking's Responses to First set of Document Requests Part 1; # 5 Plaintiff Diehl Woodworking's Responses to First set of Document Requests Part 2; # 6 Plaintiff Diehl Woodworking's Responses to First set of Document Requests Part 3; #(7) Plaintiff Diehl Woodworking's Responses to First set of Document Requests Part 4; # 8 Plaintiff |

| | | |
|---|---|---|
| | | Diehl Woodworking's Responses to First set of Document Requests Part 5; # 9 Plaintiff Diehl Woodworking's Responses to First set of Document Requests Part 6; # 10 Plaintiff Diehl Woodworking's Responses to First set of Document Requests Part 7; # 11 Plaintiff Diehl Woodworking's Responses to First set of Document Requests Part 8; # 12 Plaintiff Diehl Woodworking's Responses to First set of Document Requests Part 9; #(13) Plaintiff Diehl Woodworking's Responses to First set of Document Requests Part 10; # 14 Plaintiff Diehl Woodworking's Responses to First set of Document Requests Part 11)(Hearn, R) Modified on 7/3/2007 to correct descriptions of attachments (jld). (Entered: 06/29/2007) |
| 07/02/2007 | 31 | MOTION for Extension of Time to File Response/Reply as to 18 First MOTION to Dismiss *Third-Party Counterclaim of Robert Rozman* by ThirdParty Defendant Robert F Rozman. (Barnard, Larry) (Entered: 07/02/2007) |
| 07/02/2007 | 32 | Second MOTION to Supplement *Complaint for Interpleader* by Plaintiff Diehl Woodworking Machinery Inc. (Barnard, Larry) (Entered: 07/02/2007) |
| 07/02/2007 | 33 | ORDER granting [26] Application to Appear Pro Hac Vice of Attorney Andrew R Schwartz PHV for Jay Ehrlich, Wisconsin Automated Machinery Corp. Signed by Judge Christopher A Nuechterlein on 7/2/07. (kds) (Entered: 07/02/2007) |
| 07/03/2007 | 36 | MOTION to Deposit Funds by Plaintiff Diehl Woodworking Machinery Inc. (Barnard, Larry) (Entered: 07/03/2007) |
| 07/03/2007 | 37 | ORDER granting 31 Motion for Extension of Time to File Response. Response to be filed by 7/17/2007. Signed by Judge Christopher A Nuechterlein on 7/3/07. (kds) (Entered: 07/05/2007) |
| 07/03/2007 | 38 | ORDER granting 36 Motion to Deposit Funds. Plaintiff is allowed to tender its funds in the sum of $10,000.00 into this court. Signed by Judge Christopher A Nuechterlein on 7/3/07. (kds) (Entered: 07/05/2007) |
| 07/05/2007 | 42 | RECEIPT from Diehl Woodworking Machinery Inc of $10,000.00 interplead funds (see 38- receipt no. 1154523). (kds) (Entered: 07/12/2007) |
| 07/06/2007 | 39 | ORDER denying as moot 32 Motion to Supplement. Signed by Judge Christopher A Nuechterlein on 7/6/07. (kds) (Entered: 07/06/2007) |
| 07/09/2007 | 40 | MOTION for Judgment on the Pleadings *And To Dissolve Diehl's Interpleader Action* by Defendant Jay Ehrlich. (Hearn, R) (Entered: 07/09/2007) |
| 07/09/2007 | 41 | BRIEF in Support of 40 MOTION for Judgment on the Pleadings *And To Dissolve Diehl's Interpleader Action* filed by Jay Ehrlich. (Hearn, R) (Entered: 07/09/2007) |
| 07/12/2007 | 43 | MOTION for Joinder *In Certain Arguments Made In Jay Ehrlich's Motion For Judgment On The Pleadings* by Counter Claimant Wisconsin Automated Machinery Corp, Defendant Wisconsin Automated Machinery Corp. (Attachments: # (1) Proposed Order)(Schwartz PHV, Andrew) Modified on 7/16/2007 to remove Proposed Order (jld). (Entered: 07/12/2007) |
| 07/16/2007 | 44 | MOTION for Leave to Appear Telephonically at Rule 26 Conference by Defendants Wisconsin Automated Machinery Corp, Jay Ehrlich. (Schwartz PHV, Andrew) (Entered: 07/16/2007) |
| 07/17/2007 | 45 | MEMORANDUM in Opposition to 18 First MOTION to Dismiss *Third-Party Counterclaim of Robert Rozman* filed by Robert F Rozman. (Barnard, Larry) (Entered: 07/17/2007) |
| | | |

| | | |
|---|---|---|
| 07/19/2007 | 46 | REPLY to Response to Motion re 18 First MOTION to Dismiss *Third-Party Counterclaim of Robert Rozman*, 31 MOTION for Extension of Time to File Response/Reply as to 18 First MOTION to Dismiss *Third-Party Counterclaim of Robert Rozman* filed by Jay Ehrlich. (Schwartz PHV, Andrew) (Entered: 07/19/2007) |
| 07/23/2007 | 47 | REPORT of Rule 26(f) Planning Meeting. (Barnard, Larry) (Entered: 07/23/2007) |
| 07/24/2007 | 48 | ORDER granting 44 Motion for Leave to Appear telephonically for Rule 16 Preliminary Pretrial Conference on 8/16/07 at 11:00 AM (EDT). All counsel may appear telephonically. Signed by Judge Christopher A Nuechterlein on 7/24/07. (smp) (Entered: 07/24/2007) |
| 07/24/2007 | 49 | MEMORANDUM in Opposition to 40 MOTION for Judgment on the Pleadings *And To Dissolve Diehl's Interpleader Action* filed by Diehl Woodworking Machinery Inc. (Barnard, Larry) (Entered: 07/24/2007) |
| 07/27/2007 | 50 | REPLY to Response to Motion re 40 MOTION for Judgment on the Pleadings *And To Dissolve Diehl's Interpleader Action* filed by Jay Ehrlich. (Schwartz PHV, Andrew) (Entered: 07/27/2007) |
| 07/27/2007 | 51 | ORDER REASSIGNING CASE. Case reassigned to Judge Joseph S Van Bokkelen for all further proceedings. Judge James T Moody no longer assigned to case. Signed by Judge Robert L Miller Jr on 7/27/07. (ksc) (Entered: 07/30/2007) |
| 07/30/2007 | 52 | ORDER granting 22 Motion for Hearing with hearing to be held on 8/16/2007 at 11:00 AM at South Bend immediately prior to the 16(b) conference. Signed by Judge Christopher A Nuechterlein on 7/30/07. (smp) (Entered: 07/30/2007) |
| 08/01/2007 | 53 | Second MOTION to Deposit Funds by Plaintiff Diehl Woodworking Machinery Inc. (Barnard, Larry) (Entered: 08/01/2007) |
| 08/01/2007 | 54 | RESPONSE in Opposition re 53 Second MOTION to Deposit Funds filed by Wisconsin Automated Machinery Corp, Jay Ehrlich. (Schwartz PHV, Andrew) (Entered: 08/01/2007) |
| 08/03/2007 | 55 | ORDER granting 53 Motion to Deposit Funds. It is ordered that Plaintiff is allowed to deposit $10,000.00 and to continue depositing funds in the sum of $10,000 per month so long as an interpleader action remains in effect. Signed by Judge Christopher A Nuechterlein on 8/3/07. (kds) (Entered: 08/03/2007) |
| 08/03/2007 | 56 | RECEIPT from Diehl Woodworking Machinery Inc of $10,000.00 interplead funds (Receipt #154657) pursuant to 55 ORDER. (cer) (Entered: 08/03/2007) |
| 08/09/2007 | 57 | MOTION to Dismiss *Cross-Claim Against Jay Ehrlich, Without Prejudice* by Cross Claimant Dimitris Loukidis.Response to be filed by 8/27/2007 (Downs, Stephen) (Entered: 08/09/2007) |
| 08/09/2007 | 58 | DISCLOSURE of Third Party Defendant filed by Dimitris Loukidis.(Downs, Stephen) (Entered: 08/09/2007) |
| 08/15/2007 | 59 | MOTION to Withdraw 11 MOTION to Stay *Arbitration* by Plaintiff Diehl Woodworking Machinery Inc. (Barnard, Larry) (Entered: 08/15/2007) |
| 08/15/2007 | 60 | ORDER Counsel shall have leave to appear telephonically for conference set on 8/16/2007 at 11:00 a.m. (E.D.T.). Signed by Judge Christopher A Nuechterlein on 8/15/07. (kds) (Entered: 08/15/2007) |
| 08/16/2007 | 61 | RULE 16 PRELIMINARY PRETRIAL CONFERENCE held on 8/16/2007 before |

|  |  |  |
|---|---|---|
|  |  | Judge Christopher A Nuechterlein. Pla appeared by atty Larry L Barnard. Dft appeared by atty R Steven Hearn, Stephen H Downs. John Whiteleather appointed as mediator. Results of the mediation shall be filed with the court no later than 10 days before the final pretrial conference,Any amendments to the pleadings to be filed by 8/30/2007.Discovery deadline is 2/15/2008.Plaintiff expert witness disclosures and reports to be delivered to the defendant by 1/11/2008.Defendant expert witness disclosures and reports to be delivered to the plaintiff by 1/25/2008.Initial Disclosures to be exchanged by 8/30/2007.Dispositive motions to be filed by 3/14/2008, (Tape #FTR 8/16/2007.) (slm) (Entered: 08/16/2007) |
| 09/04/2007 | 62 | RECEIPT from Diehl Woodworking Machinery Inc of $10,000.00 interplead funds (Receipt #154792) pursuant to 55 ORDER. (cer) (Entered: 09/05/2007) |
| 09/21/2007 | 63 | Mediator's Final REPORT To Court by John W. Whiteleather Jr. (kds) (Entered: 09/25/2007) |
| 10/31/2007 | 64 | MOTION to Dismiss *Interpleader Action and for Return of Funds* by Plaintiff Diehl Woodworking Machinery Inc.Response to be filed by 11/19/2007 (Barnard, Larry) (Entered: 10/31/2007) |
| 11/01/2007 | 65 | MOTION for Extension of Time to File Response/Reply as to 64 MOTION to Dismiss *Interpleader Action and for Return of Funds* by Defendant Wisconsin Automated Machinery Corp. (Hearn, R) (Entered: 11/01/2007) |
| 11/01/2007 | 66 | MOTION for Extension of Time to File Response/Reply by Defendant Wisconsin Automated Machinery Corp. (Hearn, R) *** The document originally attached was a Proposed Order, not a motion. Proposed Order removed on 11/2/2007 (jld). (Entered: 11/01/2007) |
| 11/07/2007 | 67 | ORDER granting 65 Motion for Extension of Time to File Response. Response to be filed by 12/4/2007. Signed by Judge Christopher A Nuechterlein on 11/7/07. (kds) (Entered: 11/07/2007) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 12/04/2007 12:15:33 |||
| PACER Login: | sf0182 | Client Code: | 8505.000 |
| Description: | Docket Report | Search Criteria: | 3:07-cv-00263-JVB-CAN |
| Billable Pages: | 7 | Cost: | 0.56 |