FILED
DECEMBER 4, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6840

JUDGE GUZMAN
MAGISTRATE JUDGE KEYS

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Wisconsin Automated Machinery Corp., Movant  v.  Diehl Woodworking Machinery, Inc., Respondent | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Wisconsin Automated Machinery Corp.

| NAME (Type or print) |
|---|
| Andrew R. Schwartz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Andrew R. Schwartz |
| FIRM |
| Sugar, Friedberg & Felsenthal LLP |
| STREET ADDRESS |
| 30 N. La Salle Street, Suite 3000 |
| CITY/STATE/ZIP |
| Chicago/ IL/ 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6198719 | 312-704-9400 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✔    APPOINTED COUNSEL ☐