BEFORE THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WISCONSIN AUTOMATED MACHINERY CORP., | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| v. | ) | Case No. 07-cv-6840 |
| | ) | |
| DIEHL WOODWORKING MACHINERY, INC., | ) | Judge Guzman |
| | ) | |
| *Respondent.* | ) | |

## AMENDED NOTICE OF APPLICATION

TO:   See Service List

**PLEASE TAKE NOTICE** that on January 22, 2008**,** at 9:30 a.m. we shall appear before the Honorable Judge Guzman, or any judge sitting in his stead, U.S. District Court, 219 S. Dearborn, Chicago, Illinois in Courtroom 1219 and present the attached **Motion To Vacate Arbitral Award,** a copy of which is attached hereto and hereby served upon you.

    Respectfully submitted,

    WISCONSIN AUTOMATED
    MACHINERY CORP.

By:   */s/ Andrew R. Schwartz*
      One of its attorneys

*Andrew R. Schwartz, Esq.*
SUGAR, FRIEDBERG & FELSENTHAL LLP
Counsel for Movant
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
(312) 704-9400

123533v1

## CERTIFICATE OF SERVICE

I, Andrew R. Schwartz, certify that, on December 13, 2007, I placed a copy of the attached *Amended Notice of Application* and *Motion To Vacate Arbitral Award* with the U.S. Marshall for the Northern District of Illinois for service by the U.S. Marshall for the Northern District of Indiana upon the following:

>Diehl Woodworking Machinery, Inc.
>℅ Richard A. Sober, Registered Agent
>981 S. Wabash Street
>Wabash, In 46992

With a copy via e-mail and Certified Mail, Return Receipt Requested to:

>Larry L Barnard, Esq.
>Carson Boxberger LLP - FW/IN
>1400 One Summit Square
>Fort Wayne, IN 46802
>260-423-9411


Dated:  December 13, 2007                         */s/ Andrew R. Schwartz*
                                                                    Andrew R. Schwartz

123533v1