**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Wisconsin Automated Machinery, Corp. | COURT CASE NUMBER<br>Illinois, N.D. 07-cv-6840 |
|---|---|
| DEFENDANT<br>Diehl Woodworking Machinery, Inc. | TYPE OF PROCESS<br>Civil |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Diehl Woodworking Machinery, Inc. c/o Richard A. Sober, R/A
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  981 South Wabash Street, Wabash, IN 46992

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Andrew R. Schwartz
30 North LaSalle Street
Suite 3000
Chicago, IL 60602

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Diehl Woodworking Machinery, Inc. c/o Richard A. Sober, R/A, 981 South Wabash Street, Wabash, IN 46992
Telephone number is (260) 563-2102. Please call first to make sure Richard Sober is in the office. If not, the defendant is a corporation and service upon any authorized representative will be acceptable. The president of the company is Robert Rozman. Diehl is a manufacturing business which can be served during business hours.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (312) 704-2182
DATE: 12/13/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 27 | No. 27 | Paul Joseph | 12/14/07 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Richard A Sober

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)
Same as above

| Date | Time | |
|---|---|---|
| 12/18/07 | 12:10 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $180.00 | 172 mil 78.77 83.42 | | 258 263.42 | $250.00 | $0.00 13.42 |

REMARKS: 1 endeavor Round Trip Mileage 172 x .475 = 78.77
1 DUSM 45.00 Per hour X 4 hours = 180.00

**PRINT 5 COPIES**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00