IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WISCONSIN AUTOMATED MACHINERY CORP., | ) | |
| | ) | |
| *Movant,* | ) | |
| | ) | |
| v. | ) | Case No. 07-cv-6840 |
| | ) | |
| DIEHL WOODWORKING MACHINERY, INC., | ) | Judge Guzman |
| | ) | |
| *Respondent*. | ) | |

### RE - NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 4th of February, 2008 at 9:30 a.m., we shall appear before the Hon. Ronald A. Guzman in Courtroom 1219 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, 60603, and present the attached **Motion to Vacate Arbitral Award** (previously scheduled for January 22, 2008 at 9:30 a.m. and rescheduled to February 4th by agreement with opposing counsel).

                                      WISCONSIN AUTOMATED MACHINERY CORP.

                                      By:    /s/ Andrew R. Schwartz
                                                      One of its attorneys

Andrew R. Schwartz
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois  60602
312.704.9400
312.372.7951 (fax)

124418v1

## CERTIFICATE OF SERVICE

I, hereby certify that on January 9, 2008 I electronically filed the foregoing **RE-NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

James P. Buchholz, Esq.
Carson Boxberger LLP
1400 One Summit Square
Fort Wayne, IN 46802
buchholz@carsonboxberger.com

I also certify that I previously served a copy of the **MOTION TO VACATE ARBITRAL AWARD** upon opposing counsel on December 4, 2007 by e-mail and Certified Mail.

Executed:  January 9, 2008                    __/s/ Holly A. Bonamer_____
                                                                    Holly A. Bonamer

124418v1