IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WISCONSIN AUTOMATED MACHINERY CORP., | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | ) ) ) ) ) ) ) | 

CASE NO. 1:07-CV-06840

Judge Guzman

DIEHL WOODWORKING MACHINERY, INC.,

Defendant.

## **INITIAL STATUS REPORT**

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on January 2, 2008 and was attended telephonically by:

    a. Andrew Schwartz, for Plaintiff, Wisconsin Automated Machinery Corp. ("WAMCO"); and

    b. James P. Buchholz, for Defendant, Diehl Woodworking Machinery, Inc. ("Diehl").

2. <u>Pre-Discovery Disclosures</u>. WAMCO cannot determine whether pre-discovery disclosures are required at this time because Diehl has refused to discuss the issues of the case, or to state whether it disputes the recitation of the facts as alleged in WAMCO's motion. If Diehl accepts WAMCO's recitation of the facts, then no pre-discovery disclosures will be needed, and the parties may simply present legal arguments.

3. <u>Discovery Plan</u>. WAMCO cannot determine whether discovery will be required at this time because Diehl has refused to discuss the issues of the case, or to state whether it disputes the recitation of the facts as alleged in WAMCO's motion. If Diehl accepts WAMCO's recitation of the facts, then no discovery will be needed, and the parties may simply present legal arguments.

4. <u>Other items</u>.

    a. This case asks the Court to vacate an arbitral award under the <u>Federal Arbitration Act</u>.

125411v1

b. Prior to the issuance of the arbitral award, the parties attended mediation in connection with a pending case in the U.S. District Court for the Northern District of Indiana, to which they (along with three individuals) are also parties. That mediation failed. Diehl has refused to discuss settlement since this case was filed.

Respectfully submitted,


/s/ Andrew R. Schwartz_____
Andrew R. Schwartz
SUGAR, FRIEDBERG & FELSENTHAL LLP
30 N. LaSalle St., Suite 3000
Chicago, IL 60602
aschwartz@sff-law.com
**Attorney for Plaintiff, Wisconsin Automated Machinery Corp**



_____
James P. Buchholz
CARSON BOXBERGER LLP
1400 One Summit Square
Fort Wayne, IN 46802
buchholz@carsonboxberger.com
**Attorney for Respondent, Diehl Woodworking Machinery, Inc.**