U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 1:07cv06840

WISCONSIN AUTOMATED MACHINERY, CORP.,
Movant,
v.
DIEHL WOODWORKING MACHINERY, INC.,
Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Diehl Woodworking Machinery, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Larry L. Barnard | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Larry L. Barnard | |
| FIRM <br> CARSON BOXBERGER, LLP | |
| STREET ADDRESS <br> 1400 One Summit Square | |
| CITY/STATE/ZIP <br> Fort Wayne, IN 46802 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 260-423-9411 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |