## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

WISCONSIN AUTOMATED MACHINERY, CORP.,
Movant,
v.
DIEHL WOODWORKING MACHINERY, INC.,
Respondent.

Case Number: 1:07cv06840

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Diehl Woodworking Machinery, Inc.

FILED
Feb 5, 2008
FEB - 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Larry L. Barnard |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Larry Barnard |

| FIRM |
| --- |
| CARSON BOXBERGER LLP |

| STREET ADDRESS |
| --- |
| 1400 One Summit Square |

| CITY/STATE/ZIP |
| --- |
| Fort Wayne, IN 46802 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
|  | 260-423-9411 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐