**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WISCONSIN AUTOMATED MACHINERY CORP.,　　)
　　　　*Movant,*　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)　　Case No. 07 C 6840
　　　　　　　　　　　　　　　　　　　　　)
DIEHL WOODWORKING MACHINERY, INC.,　　　)　　Judge Guzman
　　　　*Respondent.*　　　　　　　　　　　　　)

## PLEADINGS FROM ARBITRATION

WAMCO[1], by its undersigned counsel, hereby submits true and correct copies of the

pleadings filed in connection with the arbitration hearing to which this case relates.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　**WISCONSIN AUTOMATED MACHINERY**
　　　　　　　　　　　　　　**CORP.**

**DATED:** February 26, 2008　　　By:　　\s\ Andrew R. Schwartz_____
　　　　　　　　　　　　　　　　　One of its attorneys

*Andrew R. Schwartz, Esq.*
SUGAR, FRIEDBERG & FELSENTHAL LLP
Counsel for Wisconsin Automated
　Machinery Corp.
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
(312) 704-9400

---

[1] For the sake of brevity, this document will use the defined terms used in WAMCO's motion to vacate arbitral award [Dkt. 1].

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, system which sent notification of such filing to all counsel of record.

\s\ Andrew R. Schwartz
Andrew R. Schwartz