BEFORE THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WISCONSIN AUTOMATED MACHINERY CORP., *Movant*, | ) ) ) |
| v. | ) ) Case No. 07 C 6840 |
| DIEHL WOODWORKING MACHINERY, INC., *Respondent*. | ) ) Judge Guzman ) ) |

## EXHIBITS FROM ARBITRATION

WAMCO[1], by its undersigned counsel, hereby submits true and correct copies of the exhibits admitted in evidence at the arbitration hearing to which this case relates:

1. WAMCO's Exhibits (CX-1 through CX-91, inclusive); and

2. Diehl's Exhibits (RX-1 through RX-10, inclusive).

Respectfully submitted,

**WISCONSIN AUTOMATED MACHINERY CORP.**

DATED: February 26, 2008     By:   \s\ Andrew R. Schwartz
                                    One of its attorneys

*Andrew R. Schwartz, Esq.*
SUGAR, FRIEDBERG & FELSENTHAL LLP
Counsel for Wisconsin Automated
 Machinery Corp.
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
(312) 704-9400

---

[1] For the sake of brevity, this document will use the defined terms used in WAMCO's motion to vacate arbitral award [Dkt. 1].

126489v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, system which sent notification of such filing to all counsel of record.

\s\ Andrew R. Schwartz
Andrew R. Schwartz