BEFORE THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WISCONSIN AUTOMATED MACHINERY CORP., ) | | |
| *Movant,* ) | | |
| ) | | |
| v. ) | Case No. 07 C 6840 | |
| ) | | |
| DIEHL WOODWORKING MACHINERY, INC., ) | Judge Guzman | |
| *Respondent*. ) | | |

## **MOTION FOR ENLARGEMENT OF TIME**

Movant Wisconsin Automated Machinery Corp. ("WAMCO"), by its undersigned counsel, hereby moves for an enlargement of time to file its reply in support of its motion to vacate. In support, WAMCO states as follows:

1.  On March 26, 2008 the Respondent ("Diehl") filed its memorandum in opposition to WAMCO's motion to vacate, at which time WAMCO's counsel was then out of the country vacationing with his family.

2.  WAMCO's deadline to file its reply in support of its motion to vacate is April 11th. Due to a number of depositions and expedited briefing schedules set in another case being handled by the undersigned, some additional time will be required to complete WAMCO's reply.

3.  WAMCO moves for seven additional days to submit its reply brief (April 18, 2008).

4.  The enlargement of time sought by WAMCO will not prejudice any party or unduly delay the case. This is WAMCO's first request for additional time.

WHEREFORE, Wisconsin Automated Machinery Corp. moves this Court for an enlargement of time granting WAMCO seven additional days to file its reply in support of

128029v1

motion to vacate, and for such other and further relief as this Court deems appropriate.

                                                  Respectfully submitted,

                                                  **WISCONSIN AUTOMATED MACHINERY CORP.**

                                        By:    /s/ Andrew R. Schwartz
                                                     One of its attorneys

*Andrew R. Schwartz, Esq.*
SUGAR, FRIEDBERG & FELSENTHAL LLP
Counsel for Wisconsin Automated
 Machinery Corp.
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
(312) 704-9400

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, system which sent notification of such filing to all counsel of record.

                                                 \s\ Andrew R. Schwartz
                                                      Andrew R. Schwartz