IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WISCONSIN AUTOMATED MACHINERY CORP., | ) | |
| *Movant,* | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6840 |
| | ) | |
| DIEHL WOODWORKING MACHINERY, INC., | ) | Judge Guzman |
| *Respondent*. | ) | |

## NOTICE OF MOTION

TO:　　SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on April 10, 2008 at 9:30 a.m., we shall appear before the Honorable Ronald A. Guzman in the room usually occupied by him at the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn St., Chicago, Illinois, 60603, and present the attached **Motion for Enlargement of Time**, a copy of which has been previously served upon you.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**WISCONSIN AUTOMATED MACHINERY CORP.**


　　　　　　　　　　　　By:　　/s/ Andrew R. Schwartz
　　　　　　　　　　　　　　　　One of its attorneys


Andrew R. Schwartz
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois  60602
312.704.9400
312.372.7951 (fax)

128031v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, system which sent notification of such filing to:

Larry L. Barnard  
Carson Boxberger LLP  
1400 One Summit Square  
Fort Wayne, IN 46802

James Buchholz  
Carson Boxberger LLP  
1400 One Summit Square  
Fort Wayne, IN 46802

\s\ Andrew R. Schwartz  
Andrew R. Schwartz

128031v1