# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:07−cv−06840 |
|  | Honorable Ronald A. Guzman |
| Diehl Woodworking Machinery, Inc. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

    MINUTE entry before Judge Honorable Ronald A. Guzman:Unopposed motion by Movant Wisconsin Automated Machinery Corp. for extension of time to file reply as to motion to vacate [1] [22] is granted to and including 4/18/2008.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.