## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6840 | **DATE** | 8/7/2008 |
| **CASE TITLE** | WISCONSIN AUTOMATED MACHINERY CORP. vs. DIEHL WOODWORKING MARCHINERY, INC. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order: The Court denies defendant's motion to vacate [doc. no. 1]. This case is terminated. Any pending motions or schedules are stricken as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | CG |
|---|---|---|