# United States District Court

## Northern District of Illinois

### Eastern Division

| | |
|---|---|
| WISCONSIN AUTOMATED MACHINERY CORP. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6840 |
| DIEHL WOODWORKING MACHINERY, INC. | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court denies defendant's motion to vacate [doc. no. 1]. This case is terminated.

Michael W. Dobbins, Clerk of Court

Date: 8/7/2008

/s/ Carole Gainer, Deputy Clerk